# Order

Michigan Supreme Court
Lansing, Michigan

November 23, 2009

Marilyn Kelly,
Chief Justice

139681

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 139681
COA: 292584
Wayne CC: 07-023473-FH

TERENCE ANTHONY SLACK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 4, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk